Jimmy BALENTINE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60027.

Missouri Court of Appeals,
Western District.

Submitted Feb. 15, 2002.

Decided June 25, 2002.

Sarah Weber Patel, Assistant State Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, MO, for Respondent.

Audara L. Charlton, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, C.J., P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### Order

PER CURIAM.

Jimmy Balentine appeals the denial of his Rule 29.15 post-conviction motion, in which he alleges ineffective assistance of trial counsel. Having carefully considered the point on appeal, we conclude the judgment should be affirmed. An opinion would lack precedential value. The judgment is affirmed. Rule 84.16(b).